JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California  93721

Telephone: (559) 497-6132
Facsimile:   (559) 579-1530

Attorney for Defendant,
TIMOTHY BRIAN WERLHOF

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY BRIAN WERLHOF,<br><br>Defendant**.** | Case No. 1:14-CR-00152 AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>**Date: January 12, 2015<br>Time: 11:45 a.m.<br>Courtroom Two<br>Honorable Anthony W. Ishii** |

Defendant, TIMOTHY BRIAN WERLHOF, by and through his counsel, John F. Garland and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Megan A.S. Richards, Assistant United States Attorney, hereby stipulate to continue the defendant's sentencing hearing from January 5, 2015 to **January 12**, **2015** at **11:45** a.m. This continuance is necessary to allow counsel for the defendant sufficient time to review additional documents and materials supporting two requests for restitution and to prepare the defendant's response and objections to said requests for restitution. The additional documents and materials were not submitted to the defendant with the Presentence investigation Report. The parties request an 11:45 a.m. hearing to allow the defendant's mother additional time to travel by train to Fresno from Oakdale, California to attend the sentencing hearing.

Dated: December 29, 2014            /s/ John F. Garland
                                     John F. Garland
                                     Attorney for Defendant
                                     TIMOTHY BRIAN WERLHOF


Dated: December 29, 2014            Benjamin B. Wagner
                                    United States Attorney

                                     /s/ Megan A.S. Richards
                                    By: MEGAN A.S. RICHARDS
                                    Assistant U.S. Attorney


**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendant TIMOTHY BRIAN WERLHOF is continued to January 12, 2015 at 11:45 a.m.

IT IS SO ORDERED.

Dated:   December 30, 2014            _____
                                       SENIOR DISTRICT JUDGE